IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PACE INDUSTRY UNION MANAGEMENT PENSION FUND, *et al.*, | ) ) ) | NO. 3:09-0083 JUDGE HAYNES |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ATLAS REFINERY, INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

A status conference is set in this action for **Friday, January 7, 2011 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 25th day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge